IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SPENCER KNIGHTEN, JR.**                                                                                  **PLAINTIFF**

VS.                                      **3:14-CV-00275-BRW-JTR**

**CAROLYN COLVIN,**                                                                                     **DEFENDANT**
**Acting Commissioner,**
**Social Security Administration**

## ORDER

The Commissioner's Unopposed Motion to Reverse and Remand (Doc. No. 16) is GRANTED.

Accordingly, the Commissioner's prior decision is REVERSED and this matter is REMANDED for further administrative proceedings and issuance of a new decision.[1] Specifically, the Administrative Law Judge should obtain supplemental evidence from a vocational expert to determine the extent the no-overhead-reaching limitation, in combination with the other non-exertional limitations in the residual-functional-capacity finding, erode the unskilled light-occupational base.

IT IS SO ORDERED this 5th day of May, 2015.

      /s/ Billy Roy Wilson
    UNITED STATES DISTRICT JUDGE

---

[1] This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).