IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SPENCER KNIGHTEN, JR.**                                                         **PLAINTIFF**

**VS.**                             **3:14-CV-00275-BRW-JTR**

**CAROLYN W. COLVIN,**                                                  **DEFENDANT**
**Acting Commissioner,**
**Social Security Administration**

## JUDGMENT

Consistent with the Order entered today, Judgment is entered for Plaintiff, the Commissioner's decision is reversed, and the case is remanded for further proceedings under sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 5th day of May, 2015.


                                                                   /s/ Billy Roy Wilson
                                                                   UNITED STATES DISTRICT JUDGE