IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SPENCER KNIGHTEN, JR.**                                                                                       **PLAINTIFF**

VS.                                                      No. 3:14-CV-00275-BRW

**CAROLYN W. COLVIN**                                                                                         **DEFENDANT**
**Acting Commissioner,**
**Social Security Administration**

### ORDER

Pending is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Doc. No. 19).  Defendant does not object to the fee amount but objects to the fees being paid directly to Plaintiff's lawyer.[1]

Since the hours spent by counsel were reasonable, the motion is GRANTED and Plaintiff is entitled to lawyer's fees in the amount of $9,139.07[2] (49 lawyer hours at $186.00/hour).[3]

The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's lawyer, but subject to any offset to satisfy any pre-existing debt owed to the United States.[4]

IT IS SO ORDERED this 13th day of May, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 21.

[2] The total includes $25.07 in costs.

[3] Doc. No. 19.

[4] *Astrue v. Ratliff*, 130 S. Ct. 2521, 2527-28 (2010).